UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSE A. SOSA ORELLANA,<br>*Plaintiff*<br><br>v.<br><br>SOUTHWIND CORPORATION,<br>alias, and THE COAST GUARD<br>HOUSE, LLC, alias,<br>*Defendant* | :<br>:<br>:<br>:  C.A. NO. 1:21-cv-00088-MSM-PAS<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME the parties in the above-cited matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through their respective counsel, and hereby stipulate and agree that all claims in the within action are hereby dismissed with prejudice, each party to bear their own costs and fees.

Respectfully submitted,

For Plaintiff,

/s/Danilo A. Borgas
Danilo A. Borgas, Esq. (#9403)
Richard A. Sinapi, Esq. (#2977)
SINAPI LAW ASSOCIATES, LTD.
2374 Post Road, Suite 201
Warwick, RI 02886
Phone: (401) 739-9690
dab@sinapilaw.com
ras@sinapilaw.com

Dated:  November 9, 2021

For Defendants,

/s/ Timothy J. Dodd
Timothy J. Dodd, Esq. (#3150)
One Center Place, Lower Level
Providence, RI 02903
Phone: (401) 228-3800
doddlawoffices@aol.com

## CERTIFICATION

Timothy J. Dodd, Esq. (#3150)
One Center Place, Lower Level
Providence, RI 02903
Phone: (401) 228-3800
doddlawoffices@aol.com

    I hereby certify that on November 9, 2021, a true copy of the within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System. Service on the counsel of record listed above has been effectuated by electronic means.

                                    /s/ Danilo A. Borgas